IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2015.**

    The Joint Motion for Confidentiality and Protective Order [filed June 24, 2015; docket #26] is **granted**. The parties' Stipulated Confidentiality and Protective Order is accepted and filed contemporaneously with this minute order.