IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2015.**

The Joint Motion for Leave to Amend Scheduling Order and Extend Deadlines [filed June 25, 2015; docket #28] is **granted**.

For good cause shown, the Defendant's request for leave to file its Amended Answer is granted. The Clerk of the Court is directed to **file Defendant's Answer and Jury Demand**, located at docket #28-1.

Also, for good cause shown, paragraph 9 of the Scheduling Order is modified as follows:

| | |
|---|---|
| Deadline for Joinder of Parties and Amended of Pleadings: | July 31, 2015 |
| All written discovery filed: | 33 days before discovery cutoff |
| Discovery cutoff: | October 2, 2015 |
| Dispositive motions deadline: | November 2, 2015 |
| Initial expert designation: | September 2, 2015 |
| Rebuttal expert designation: | October 3, 2015 |

In addition, the Final Pretrial Conference currently scheduled for November 30, 2015 is **vacated and rescheduled** to **January 5, 2016 at 9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it

is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).