IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2015.**

    The Unopposed Motion for Leave to Amend Scheduling Order and Extend Deadlines [filed September 1, 2015; docket #33] is **granted**.

    For good cause shown, paragraph 9 of the Scheduling Order is modified as follows:

| | |
|---|---|
| Initial expert designation: | October 30, 2015 |
| Rebuttal expert designation: | November 13, 2015 |
| Discovery cut-off: | December 2, 2015 |
| Dispositive motions deadline: | December 12, 2015 |

    In addition, the Final Pretrial Conference currently scheduled for January 5, 2016 is **vacated and rescheduled** to **February 8, 2016 at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All other aspects of the Court's Order regarding the Final Pretrial Conference [*see* docket #32] continue to be in effect.