IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2015.**

    The Unopposed Motion for Confidentiality and Protective Order [filed October 21, 2015; docket #36] is **denied without prejudice**. The parties are granted leave to submit a revised proposed protective order containing a mechanism by which the parties may challenge the designation of information as confidential ***that is consistent*** with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000). Furthermore, the parties shall eliminate any language from the proposed protective order that refers to continuing jurisdiction of this Court over enforcement of the protective order after conclusion of the case.

    In addition, the parties shall submit to Chambers a copy of the revised proposed protective order in useable format (Word, WordPerfect) by email at hegarty_chambers@cod.uscourts.gov.