IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2015.**

    The Unopposed Motion for Confidentiality and Protective Order [filed October 27, 2015; docket #40] is **denied without prejudice**. The parties' proposal to the Court is internally inconsistent as the fourth paragraph improperly places the burden on the objecting party to file a motion, while the seventh paragraph properly places that burden on the designating party, pursuant to *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000).

    The parties are granted leave to submit a revised proposed protective order containing a mechanism by which the parties may challenge the designation of information as confidential ***that is consistent*** with *Gillard* and that is internally consistent. However, should the parties choose to submit a revised proposed order, the Court also requires an explanation as to why the existing Protective Order issued June 25, 2015 [*see* docket #31] could not be amended to accomplish the purposes the parties currently seek.

    In addition, should the parties choose to re-file, the parties shall submit to Chambers a copy of the proposed protective order in useable format (Word, WordPerfect) by email at hegarty_chambers@cod.uscourts.gov.