IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2015.**

The Unopposed Motion for Confidentiality and Protective Order [filed October 30, 2015; docket #43] is **denied without prejudice** for the parties' failure to address why a second protective order is required in this case. The Court's Minute Order of October 30, 2015, denying without prejudice the parties' Motion for an additional protective order, explicitly noted:

> [S]hould the parties choose to submit a revised proposed order, the Court also requires an explanation as to why the existing Protective Order issued June 25, 2015 [*see* docket #31] could not be amended to accomplish the purposes the parties currently seek.

Furthermore, the Court instructs the parties to correct typographical errors in any future submission they choose to file. For example, the fourth paragraph of the proposed order states: "If no agreement as to the documents can be reached he [*sic*] designating party will timely file a motion ... ." *See* docket #143-1 at 2.

In addition, should the parties choose to again re-file, the parties shall submit to Chambers a copy of the proposed protective order in useable format (Word, WordPerfect) by email at hegarty_chambers@cod.uscourts.gov.