IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00187-WJM-MEH

MONICA BURKHART,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2015.**

      The Joint Motion to Amend Confidentiality and Protective Order [filed December 2, 2015; docket #46] is **granted**. The parties' Amended Stipulated Confidentiality and Protective Order is accepted, filed contemporaneously with this minute order, and replaces the Stipulated Protective Order previously issued by this Court on June 25, 2015 [*see* docket #31].